**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named, identified, and set forth in Exhibit A hereby file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

### Plaintiffs

1. Plaintiffs listed in the attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

### Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |

| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

### **Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

☐     Diversity

☐     Federal Question

☒     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐     Other: _____.

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud

Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

<u>Other Causes of Action</u>:
Count XII – Negligent, Intentional, and Reckless Infliction of
Emotional Distress
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others

_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: August 25, 2025

Respectfully submitted,

**Douglas & London PC**

By: <u>s/ Michael A London</u>
Michael A. London, Esq.
Gary J. Douglas, Esq.
Rebecca G. Newman, Esq.
Tate J. Kunkle, Esq.
One State Street, 35th Fl.
New York, NY 10004
(212) 566-7500
<u>mlondon@douglasandlondon.com</u>

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ackerson, Michael | 2/16/1976 | OH | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Adams, Jr., Edwin | 9/26/1960 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Aguirre, Richard | 6/3/1964 | PA | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Allen, Gerald | 12/13/1965 | GA | United States District Court for the Middle District of Georgia | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 5. | Amos, James | 11/18/1955 | FL | United States District Court for the Northern District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Aniol, Michael | 2/22/1942 | MI | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Aponte, Sandra | 3/28/1962 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Arnold, Eric | 11/11/1966 | FL | United States District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Arnold, Jon | 10/11/1950 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Baker, Kevin | 6/7/1954 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Barnhill, Christopher | 9/12/1972 | OK | United States District Court for the Northern District of Oklahoma | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Bass, Jr., William | 9/1/1963 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Bass, Sammy | 3/4/1975 | TX | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Baxter, Quinten | 6/13/1982 | KS | United States District Court for the District of Kansas | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Beck, Janna | 10/31/1954 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer and Thyroid Disease and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Bender, Alan | 1/20/1960 | MN | United States District Court for the District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Blumenthal, Thomas | 6/24/1954 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Bolden, Wanda | 9/26/1973 | LA | United States District Court for the Eastern District of Louisiana | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Brooks, Mark | 7/21/1959 | NC | United States District Court for the Middle District of North Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 20. | Brown, Donovan | 8/15/1957 | CA | United States District Court for the Southern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Bryant, Charles | 5/27/1986 | WV | United States District Court for the Southern District of West Virginia | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Carlton, Paul | 7/23/1949 | DE | United States District Court for the District of Delaware | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Carrington, Oliver | 1/29/1957 | MI | United States District Court for the Western District of Michigan | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Case, Manuel | 9/23/1968 | WA | United States District Court for the Eastern District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 25. | Casey, Michael | 5/24/1966 | LA | United States District Court for the Western District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Castelow, Sr, Torenner | 9/15/1965 | MI | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Cheadle, Richard | 7/17/1965 | MI | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Christenson, Wade | 6/18/1963 | MN | United States District Court for the District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Collins, Sandra | 7/7/1946 | NC | United States District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Conner, III, Thomas | 4/12/1966 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Conrad, Trey | 10/6/1995 | MI | United States District Court for the Western District of Michigan | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Cooper, Daniel | 8/31/1943 | AL | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Coppage, Christina | 7/3/1972 | NC | United States District Court for the Western District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Corbally, Timothy | 6/26/1966 | IN | United States District Court for the Southern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Indiana | | | | | |
| 35. | Crosland, James | 6/6/1950 | SC | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Cruz, Francisco | 1/14/1972 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Cummings, Sr., James | 6/10/1955 | NC | United States District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | DiClemente, William | 12/30/1959 | PA | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Doda, Terry | 12/4/1952 | OH | United States District Court for the | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Northern District of Ohio | | | | | |
| 40. | Dos Reis, Marcie | 1/31/1969 | CA | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Duarte, Maximino | 1/16/1970 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Eisenstein, Victor | 5/8/1945 | FL | United States District Court for the Southern District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Ellis, Mandy | 1/31/1976 | IA | United States District Court for the Northern District of Iowa | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Evans, Albert | 3/18/1958 | CA | United States District Court for the | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Central District of California | | | | | |
| 45. | Feco, Nicholas | 5/6/1972 | IL | United States District Court for the Southern District of Illinois | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Ferro, Alvin | 6/26/1979 | PA | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Franco, Joel | 7/29/1970 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Frasure, Jennifer | 9/4/1980 | KY | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Fritsch, David | 5/28/1989 | PA | United States District Court for the | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"² | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Eastern District of Pennsylvania | | | | | |
| 50. | Garcia, Teddy | 7/15/1979 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Testicular Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Gardner, Sue | 5/21/1957 | OH | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Garnes, Jr, John | 5/5/1997 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Gates, Joseph | 2/9/1970 | AL | United States District Court for the Southern District of Alabama | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Giddings, Parrish | 3/21/1962 | IA | United States District Court for the Northern | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Iowa | | | | | |
| 55. | Gillig, Melanie | 3/1/1979 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Goff, Gerald | 4/24/1952 | MN | United States District Court for the District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Gonzales, Francisco | 7/12/1963 | LA | United States District Court for the Eastern District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Gonzales, James | 3/22/1969 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Gonzales, Zachary | 2/13/1980 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Guzman, Miguel | 11/18/1989 | CA | United States District Court for the Central District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Haelen, Anthony | 5/26/1994 | MA | United States District Court for the District of Massachusetts | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Hamberg, Michael | 6/27/1960 | OH | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Harper, Brenda | 5/13/1951 | AL | United States District Court for the Southern District of Alabama | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Harris, Jeffrey | 7/29/1971 | GA | United States District Court for the Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Harris, Stephen | 12/7/1954 | SC | United States District Court for the District of South Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Henderson, Daniel | 10/30/1963 | VA | United States District Court for the Western District of Virginia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Hogan, Sean | 3/28/1996 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Holtz, Billie | 7/28/1958 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Hood, James | 5/20/1960 | AL | United States District Court for the Northern District of Alabama | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Horn, John | 10/29/1964 | CO | United States District Court for the District of Colorado | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Iqbal, Kathy | 3/29/1974 | KY | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Jackson, Katie | 2/28/1990 | MA | United States District Court for the Northern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Johnson, Michael D. | 6/7/1960 | GA | United States District Court for the Northern District of Georgia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Jones, Shirley | 5/14/1961 | AL | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 75. | Karns, James | 5/23/1956 | OH | United States District Court for the Southern District of Ohio | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Kerns, Karen | 6/6/1959 | IN | United States District Court for the Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Kingsby, Donyale | 6/2/1967 | CA | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Kjellgren, Diane | 6/17/1976 | FL | United States District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Kline, Anthony | 6/23/1977 | MI | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Knighton, Christopher | 1/12/1965 | MI | United States District Court for the Eastern District of Michigan | Yes | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Kusching, Christine | 4/5/1961 | MD | United States District Court for the District of Maryland | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Kushman, Leonard | 4/14/1953 | CA | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Lacy, David | 8/5/1972 | PA | United States District Court for the Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Littrice, Joyce | 3/17/1951 | CA | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 85. | Locklear, Rachel | 9/5/1980 | NC | United States District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Mason, David | 9/26/1972 | AR | United States District Court for the Western District of Arkansas | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | McBride, II, Paul | 4/30/1965 | CA | United States District Court for the Eastern District of California | No | Yes | No | Kidney Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | McClain, Russell | 1/5/1961 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | McClam, Tracey | 12/15/1964 | GA | United States District Court for the Southern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Georgia | | | | | |
| 90. | Mccune II, Mark | 12/16/1987 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | McGrath, Rebecca | 10/15/1947 | NC | United States District Court for the Middle District of North Carolina | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | McMullin, Patricia | 11/16/1946 | ID | United States District Court for the District of Idaho | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Meddings, Kenneth | 4/13/1954 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Melnick, Alan | 6/14/1961 | FL | United States District Court for the Southern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Florida | | | | | |
| 95. | Micciola, Jonathan | 11/20/1993 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Michlitch, Jeffrey | 11/9/1972 | WA | United States District Court for the Eastern District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Milligan, Michael | 8/5/1961 | NC | United States District Court for the Middle District of North Carolina | Yes | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Nelson-Barer, Keenan | 4/21/1990 | CA | United States District Court for the Northern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Nordin, Jane | 5/19/1951 | MN | United States District Court for the District of Minnesota | Yes | Yes | No | Kidney Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 100. | Oswalt, Violet | 10/7/1936 | IA | United States District Court for the Northern District of Iowa | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Pappas, Stathis | 6/15/1966 | NY | United States District Court for the Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Persinger, Adam | 10/6/1984 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Pesqueira, Miguel | 5/10/1963 | AZ | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Peternell, Michael | 10/9/1979 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 105. | Pierro, Jacob | 1/24/1984 | IN | United States District Court for the Southern District of Indiana | No | Yes | No | Kidney Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Porter, Bernard | 3/4/1975 | AL | United States District Court for the Northern District of Alabama | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Poynor, Stephen | 7/14/1971 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Ramirez, Jeffrey | 11/29/1995 | CA | United States District Court for the Central District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Raper, Cynthia | 9/16/1952 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 110. | Rayle, Kevin | 11/15/1958 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Redd, Naysha | 8/10/1979 | AL | United States District Court for the Middle District of Alabama | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Roman, Randall | 12/30/1955 | KS | United States District Court for the District of Kansas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Rozell, Scott | 11/9/1968 | CA | United States District Court for the Southern District of California | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Rushing, Sarah | 11/30/1948 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Sabo, Jeanette | 2/19/1960 | MI | United States District Court for the | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Eastern District of Michigan | | | | | |
| 116. | Sabourin, Brian | 2/10/1962 | MD | United States District Court for the District of Maryland | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Sanders, Claudia | 7/18/1951 | CA | United States District Court for the Eastern District of California | Yes | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Sanderson Sr., James | 7/24/1949 | NC | United States District Court for the Eastern District of North Carolina | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Sandoval, Lawrence | 7/14/1964 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Santos, Monica | 10/1/1977 | CA | United States District Court for the Southern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of California | | | | | |
| 121. | Scarbro, Zetta | 11/6/1958 | WV | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Seaborn, James | 8/9/1954 | KY | United States District Court for the Western District of Kentucky | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Shannon, Stacy | 5/9/1968 | SC | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Shields, Kenneth | 6/28/1951 | NC | United States District Court for the Eastern District of North Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Shreder, Mitchel | 1/28/1955 | AZ | United States District Court for the | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Arizona | | | | | |
| 126. | Sloan, Jeffrey | 4/24/1963 | MI | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Smith, Charles | 12/14/1996 | MN | United States District Court for the District of Minnesota | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Smith, Robin | 4/19/1956 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Steiner, Patrick | 2/29/1964 | MN | United States District Court for the District of Minnesota | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Stout, Jacob | 5/1/1991 | WI | United States District Court for the Western District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Stribling, Jason | 7/12/1975 | CA | United States District Court for the Northern District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Sumida, Lisamarie | 4/25/1980 | CO | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Surdam, Gary | 1/31/1958 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Tapper, Randy | 8/10/1955 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Taylor, Toni | 7/15/1966 | IN | United States District Court for the Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 136. | Tenenbaum, Aleksandr | 12/21/1973 | CA | United States District Court for the Northern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Thomas, Denise | 1/6/1959 | NJ | United States District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Torres, Jessica | 10/17/1976 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Tubb, Denise | 7/6/1957 | AL | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Van Leir, Kellie | 6/14/1961 | CA | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 141. | Vejtruba, Henry | 4/15/1947 | MN | United States District Court for the District of Minnesota | Yes | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Walker, Julius | 9/26/1943 | LA | United States District Court for the Eastern District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | Whitfield, Michael | 12/5/1972 | NY | United States District Court for the Western District of New York | No | Yes | No | Kidney Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | Wood, Jr., Thomas | 6/30/1970 | FL | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Zambrano, Cecelia | 1/9/1970 | KY | United States District Court for the Eastern District of Kentucky | No | Yes | No | Kidney Cancer, Thyroid Disease and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |